FILED

MAR 1 6 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: **15CR0079-BEN-RBB** |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| **CRAIG HODSON**, | |
| Defendant. | |

IT IS HEREBY ORDERED that the information in the above-entitled case is dismissed with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the interests of justice, and as a result of Mr. Hodson's successful completion of the diversion program.

IT IS FURTHER ORDERED that the status hearing on March 15, 2016 is vacated.

SO ORDERED.

DATED: 3-15-2016

**RUBEN B. BROOKS**
**United States Magistrate Judge**