UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 17 2016

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRAIG HODSON (01)

Defendant.

Case No. 15CR079-BEN

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

X  the Court has granted the motion of the Government for dismissal, with prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X  of the offense(s) as charged in the Information:

8 USC 1324(a)(1)(A)(iii),(v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 3/15/2016

Hon. Ruben B. Brooks
United States Magistrate Judge